ARLIE KEIFFER, PLAINTIFF-RESPONDENT, v. FOOD PRODUCTS TRUCKING CO., DEFENDANT-PETITIONER.

See same case below: 73 *N. J. Super.* 285.

*Mr. Albert M. Neiss* for the petitioner.

*Mr. George J. Sokalski* and *Mr. Bernard M. Kimmel* for the respondent.

June 11, 1962.

FRANK J. REPPUCCI, JR., PLAINTIFF-PETITIONER, v. BOARD OF CHOSEN FREEHOLDERS OF. THE COUNTY OF HUDSON, DEFENDANT-RESPONDENT.

*Mr. Frank A. Paglianite* and *Mr. Lee A. Holley* for the petitioner.

*Mr. William F. Kelly, Jr.,* and *Mr. Daniel F. Gilmore* for the respondent.

June 11, 1962.